# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HOLLIE BROADUS,<br><br>    Plaintiff,<br><br>vs.<br><br>NAPHCARE, INC., et al.,<br><br>    Defendants. | Case No. 2:09-CV-01703-KJD-(RJJ)<br><br>**ORDER** |

The copy of order #7 was returned in the mail with the notation that plaintiff is no longer in custody at the Clark County Detention Center. Plaintiff has failed to comply with local rule lsr 2-2, which requires him to promptly inform the court of any changes in address.

IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for plaintiff's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

DATED: August 23, 2010

_____
KENT J. DAWSON
United States District Judge